UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------X
                                      :

CROWN CLOTHING CORPORATION,  :  Civil Action No. 05-10049 (NG)
         Plaintiff                    :
                                      :
            v.                        :
                                      :
RANDCORE, INC.,                     :
RAND INTERNATIONAL TRADING,    :
INC., ANDRE BERNARD, AND       :
RONALD BERNARD,                 :
         Defendants                :
-------------------------------X

MOTION OF DEFENDANTS RANDCORE, INC.,
RAND INTERNATIONAL TRADING, INC.,
AND ANDRE BERNARD TO DISMISS THE COMPLAINT

      Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendants Randcore, Inc., Rand International Trading, Inc., and Andre Bernard (collectively, "Defendants") respectfully move that the Court dismiss the Plaintiff's complaint for lack of personal jurisdiction. Defendants base their motion on the relevant allegations of the Amended Complaint and on the affidavit of Andre Bernard filed herewith.

      For a more detailed statement of the grounds for their motion, Defendants respectfully refer the Court to the accompanying memorandum of law, which is incorporated here by reference.

REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court in the disposition of this motion and request a hearing.

Dated: Boston, Massachusetts
       January 25, 2005

                                      Respectfully submitted,

                                      Defendants Randcore, Inc., Rand
                                      International Trading, Inc., Andre Bernard,
                                      and Ronald Bernard

                                      By their Attorneys,

                                      SUGARMAN, ROGERS, BARSHAK
                                        & COHEN, P.C.

By:    /s/ Jeffrey S. Stern
         Jeffrey S. Stern
        101 Merrimac Street
        Boston, Massachusetts 02114
        (617) 227-3030
        BBO No. 479460

Local Rule 7.1(a)(2) Certificate

The undersigned certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues raised by the within motion, but were unable to do so.

                                      /s/ Jeffrey S. Stern
                                           Jeffrey S. Stern

## CERTIFICATE OF SERVICE

        I, Jeffrey S. Stern, hereby certify that on the 25th day of January, 2005, I served the within notice of motion by mailing a copy thereof, postage prepaid, to the following counsel of record:

> John C. Wyman, Esq.
> Murtha Cullina LLP
> 99 High Street, 20th Floor
> Boston, Massachusetts 02110
>
> Gary R. Greenberg, Esq.
> Greenberg Traurig
> One International Place
> Boston, Massachusetts 02110

        /s/ Jeffrey S. Stern
        Jeffrey S. Stern