UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CROWN CLOTHING CORPORATION,<br>Plaintiff,<br><br>v.<br><br>RANDCORE, INC.,<br>RAND INTERNATIONAL TRADING,<br>INC., ANDRE BERNARD, AND<br>RONALD BERNARD,<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 05-10049(NG) |

### ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO THE DEFENDANTS' MOTION TO DISMISS

The plaintiff Crown Clothing Corporation ("Crown Clothing") respectfully moves this Court for approval of this Assented to Motion To Extend Time to Respond to the Defendants' Motion to Dismiss, extending the time within which Crown Clothing must respond to February 23, 2005.

In support of this motion Crown Clothing states as follows:

1. On January 25, 2005, Randcore, Inc., Rand International, Inc. and Andre Bernard (collectively referred to as the "Defendants") filed a Motion to Dismiss the complaint under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.

2. Recently, the parties have engaged in settlement discussions in an attempt to resolve this action.

3. The requested extension will allow the parties to continue to discuss potential settlement of this action, will not unduly delay the disposition of the case, and neither party will be prejudiced by the extension requested herein.

4. The Defendants have assented to the granting of this motion.

WHEREFORE, the Crown Clothing request that the Court enter an order extending the time within which Crown Clothing must respond to the Defendants' Motion to Dismiss to February 23, 2005.

        Respectfully submitted,

        CROWN CLOTHING CORPORATION,

        By its attorneys,

        /s/ Ryan M. MacDonald
        John C. Wyman (BBO #535620)
        Ryan MacDonald (BBO #654688)
        Murtha Cullina LLP
        99 High Street, 20th Floor
        Boston, MA 02110-2320
        (617) 457-4000

Dated: February 8, 2005

296826-1

CERTIFICATE OF SERVICE

    I, Ryan M. MacDonald, hereby certify under the pains and penalties of perjury that on February 8, 2005 I served a copy of this Assented to Motion To Extend Time to Respond to the Defendants' Motion to Dismiss electronically to Jeffrey S. Stern, Esq. and by first class mail, postage prepaid to:

    Gary Greenberg, Esq.
    Greenberg Traurig
    One International Place
    Boston, MA 02110

    /s/ Ryan M. MacDonald
    Ryan M. MacDonald

296826-1