UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CROWN CLOTHING CORPORATION,<br>Plaintiff, | )<br>)<br>)<br>) |  |
| v. | ) | CIVIL ACTION NO. 05-10049 (NG) |
| RANDCORE, INC.,<br>RAND INTERNATIONAL TRADING,<br>INC., ANDRE BERNARD, AND<br>RONALD BERNARD,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |  |

**CROWN CLOTHING CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Crown Clothing Corporation ("Crown Clothing") makes the following disclosure:

> Crown Clothing is not a publicly traded company.  There is no parent corporation or publicly held company that owns 10% or more of Crown Clothing's shares.

CROWN CLOTHING CORPORATION,

By its attorneys,

/s/ Ryan M. MacDonald
John C. Wyman (BBO #535620)
Ryan MacDonald (BBO #654688)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110-2320
(617) 457-4000

Dated:  February 8, 2005

## CERTIFICATE OF SERVICE

    I, Ryan M. MacDonald, hereby certify under the pains and penalties of perjury that on February 8, 2005 I served a copy of this Corporate Disclosure Statement electronically to Jeffrey S. Stern, Esq. and by first class mail, postage prepaid to:

    Gary Greenberg, Esq.
    Greenberg Traurig
    One International Place
    Boston, MA 02110

    /s/ Ryan M. MacDonald
    Ryan M. MacDonald

296308-1