UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CROWN CLOTHING CORPORATION, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-10049(NG) |
| | ) | |
| RANDCORE, INC., | ) | |
| RAND INTERNATIONAL TRADING, | ) | |
| INC., ANDRE BERNARD, AND | ) | |
| RONALD BERNARD, | ) | |
| Defendants | ) | |

## NOTICE OF FILING WITH THE CLERK'S OFFICE

The plaintiff, Crown Clothing Corporation, hereby provides notice that <u>Exhibit A</u> through <u>Exhibit E</u> to the ***Affidavit of Robert R. Graci*** have been manually filed with the Court and are available in paper and CD-Rom format.

The original documents are maintained in the case file in the clerk's office.

CROWN CLOTHING CORPORATION,

By its attorneys,

/s/ Ryan M. MacDonald
John C. Wyman (BBO #535620)
Ryan MacDonald (BBO #654688)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110-2320
(617) 457-4000

Dated: February 23, 2005

298146-1