UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN CLOTHING CORPORATION,<br>               Plaintiff<br><br>v.<br><br>RANDCORE, INC.,<br>RAND INTERNATIONAL TRADING,<br>INC., ANDRE BERNARD, AND<br>RONALD BERNARD,<br>               Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-10049(NG)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

     I, Ryan M. MacDonald, hereby certify under the pains and penalties of perjury that on February 23, 2005, I served a copy of the within ***Plaintiff Crown Clothing Inc.'s Opposition to the Motion of Defendants Randcore, Inc., Rand International Trading, Inc. and Andre Bernard to Dismiss the Complaint***, ***Affidavit of Robert R. Graci*** and ***Notice of Filing with the Clerk's Office*** electronically to Jeffrey S. Stern, Esq. and by first class mail, postage prepaid to:

        Gary Greenberg, Esq.
        Greenberg Traurig
        One International Place
        Boston, MA 02110

                                        /s/ Ryan M. MacDonald
                                        Ryan M. MacDonald