JEFFREY S. STERN
stern@srbc.com

March 1, 2005

Orrit Hershkovitz, Esquire
Snitow Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, NY 10022-6102

    Re:    *Crown Clothing Corporation v. Randcore, Inc., et al*

Dear Orrit:

    The enclosed is self-explanatory. Ryan McDonald requested that I omit any indication of assent by the plaintiff (for his client relation purposes) but he has assured me that they will not object. I will keep you posted.

    Sincerely,

    Jeffrey S. Stern

JSS/rml
Enclosures

360060