UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
CROWN CLOTHING CORPORATION,               :   Civil Action No. 05-10049 (NG)
            Plaintiff                     :
                                          :
      v.                                  :
                                          :
RANDCORE, INC.,                           :
RAND INTERNATIONAL TRADING,               :
INC., ANDRE BERNARD, AND                  :
RONALD BERNARD,                           :
            Defendants                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MOTION OF DEFENDANTS RANDCORE, INC.,
RAND INTERNATIONAL TRADING, INC.,
AND ANDRE BERNARD FOR LEAVE TO FILE REPLY BRIEF

Now come the defendants Randcore, Inc., Rand International Trading, Inc. and Andre Bernard and move for leave to file a reply brief in connection with their motion to dismiss the complaint. In support of this motion, the defendants say:

1.   The pending motion is obviously of great significance to both sides.

2.   The plaintiff has filed an extensive opposition, and the defendants believe some aspects require appropriate rebuttal to aid the court in resolving the matter.

3.   The defendants' principal, Andre Bernard, is undergoing knee surgery in early March, and his participation will be necessary to prepare reply papers.

WHEREFORE, the defendants move for leave to file a reply brief, on or before March 25, 2005.

        Respectfully submitted,

        Defendants Randcore, Inc., Rand
        International Trading, Inc., Andre Bernard,
        and Ronald Bernard
        By their Attorneys,

By: /s/ Jeffrey S. Stern
    Jeffrey S. Stern (BBO No. 479460)
    Sugarman, Rogers, Barshak & Cohen, P.C.
    101 Merrimac Street
    Boston, Massachusetts 02114
    (617) 227-3030

## CERTIFICATE OF SERVICE

I, Jeffrey S. Stern, hereby certify that on this 1st day of March, 2005, I served the within Motion by mailing a copy thereof, postage prepaid, to the following counsel of record:

  John C. Wyman, Esq.
  Murtha Cullina LLP
  99 High Street, 20th Floor
  Boston, MA 02110

  Gary R. Greenberg, Esq.
  Greenberg Traurig
  One International Place
  Boston, MA 02110

        /s/ Jeffrey S. Stern
        Jeffrey S. Stern

359938