UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN CLOTHING CORPORATION,<br>          Plaintiff<br><br>v.<br><br>RANDCORE, INC.,<br>RAND INTERNATIONAL TRADING,<br>INC., ANDRE BERNARD, AND<br>RONALD BERNARD,<br>          Defendants | CIVIL ACTION NO. 05-10049(NG) |

**JOINT STATEMENT OF THE PARTIES CONCERNING PRETRIAL SCHEDULE**

Pursuant to Local Rule 16.1, counsel for the plaintiff Crown Clothing Corporation and the defendant Ronald Bernard have conferred[1] and agreed upon the following proposed pretrial schedule:

A.   Plaintiff's Proposed Discovery Plan and Schedule for Motions

1.   Each party shall serve upon each other party not later than October 7, 2005, his/its Initial Disclosures pursuant to Federal Rules of Civil Procedure 26 (a)(1) and shall produce to each other party copies of all documents required to be identified or produced by Federal Rules of Civil Procedure 26 (a)(1)(B).

2.   Each of the defendants Randcore, Inc., Rand International Trading, Inc., Andre Bernard, and Ronald Bernard shall produce to the plaintiff not later than

---

[1] Although counsel for plaintiff Crown Clothing Corp. and Jeffery Stern, counsel for the defendants Randcore, Inc., Rand International Trading, Inc., and Andre Bernard have communicated during the last two weeks concerning case schedules and discovery, Mr. Stern has not been available to discuss case schedules during the last twenty four hours since the Notice of the September 29, 2005 was received when counsel for the other parties have tried to reach him.  Because the Joint Statement is due today the plaintiff and the defendant Roland Bernard are filing this Statement without Mr. Stern's involvement, and expect that when Mr. Stern becomes available either he or all of the parties jointly will file a supplement to this Statement.
314400-1

October 7, 2005, all of the documents requested in First Request of the Plaintiffs Crown Clothing Corporation for Production of Documents by Each Defendant dated December 7, 2004 and served on each defendant with the Summons and Complaint in this action.

      3.      All fact discovery shall be completed by December 16, 2005.

      4.      Plaintiffs shall submit the reports of their expert witnesses on or before November 1, 2005.

      5.      Defendant shall submit the reports of their expert witnesses on or before December 1, 2005.

      6.      Plaintiffs shall submit any rebuttal expert reports by December 30, 2005.

      7.      All expert discovery shall be completed by January 30, 2006.

      8.      Motions:  Any dispositive motions shall be filed on or before January 30, 2006.

B.      <u>Proposed Discovery Plan and Schedule for Motions of Defendant Ronald Bernard</u>.

      1.      The defendant Ronald Bernard shall serve upon each other party not later than October 21, 2005, his/its Initial Disclosures pursuant to Federal Rules of Civil Procedure 26 (a)(1) and shall produce to each other party copies of all documents required to be identified or produced by Federal Rules of Civil Procedure 26 (a)(1)(B) and all of the documents requested in First Request of the Plaintiffs Crown Clothing Corporation for Production of Documents by Each Defendant dated December 7, 2004 and served on each defendant with the Summons and Complaint in this action.

    2.    Each of the events set forth in paragraphs A 3 through 8 above shall occur one month later than the dates proposed by the plaintiff Crown Clothing Corporation.

    C.    <u>Certifications</u>.    Counsel and an authorized representative of each party are signing certifications in accordance with Local Rule 16.1(D)(4) which will be filed prior to the September 29 Scheduling Conference.

| | |
|---|---|
| /s/ Ryan M. MacDonald_____ | _____ |
| John C. Wyman (BBO #535620) | Jeffrey S. Stern (BBO #479460) |
| Ryan M. MacDonald (BBO #654688) | Sugarman, Rogers, Barshak & Cohen, P.C. |
| Murtha Cullina LLP | 101 Merrimac Street |
| 99 High Street, 20th Floor | Boston, MA 02114 |
| Boston, MA 02110 | (617) 227-3030 |
| (617) 457-4000 | stern@srbc.com |
| jcwyman@murthlaw.com | Attorney for Defendants Randcore, Inc., |
| rmacdonald@murthalaw.com | Rand International Trading, Inc., and Andre |
| Attorneys for Plaintiff Crown | Bernard |
| Clothing Corporation | |
| | /s/  Annapoorni R. Sankaran |
| | _____ |
| | Gary R. Greenberg (BBO #209420) |
| | Annapoorni R. Sankaran (BBO #631065) |
| | Greenberg Traurig |
| | One International Place |
| | Boston, MA 02110 |
| | (617) 310-6000 |
| | greenbergg@gtlaw.com |
| Dated:   September 22, 2005 | sankarana@gtlaw.com |
| | Attorney for Defendant Ronald Bernard |

CERTIFICATE OF SERVICE

    I, Ryan M. MacDonald, hereby certify under the pains and penalties of perjury that on September 22, 2005 I served a copy of this ***Joint Statement of the Parties Concerning Pretrial Schedule*** electronically to Jeffrey S. Stern, Esq. and by first class mail, postage prepaid to:

    Gary R. Greenberg, Esq.
    Annapoorni R. Sankaran, Esq.
    Greenberg Traurig
    One International Place
    Boston, MA 02110

    /s/ Ryan M. MacDonald
    Ryan M. MacDonald