UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CROWN CLOTHING CORPORATION,<br>       Plaintiff<br><br>v.<br><br>RANDCORE, INC.,<br>RAND INTERNATIONAL TRADING,<br>INC., ANDRE BERNARD, AND<br>RONALD BERNARD,<br>       Defendants | )<br>)<br>)<br>)<br>)  Civil Action No. 05-10049 (NG)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENT TO JOINT STATEMENT OF**
**THE PARTIES CONCERNING PRETRIAL SCHEDULE**

As indicated in footnote 1 to the Joint Statement of the Parties Concerning Pretrial Schedule, filed on September 22, 2005, counsel for the defendants Randcore, Inc., Rand International Trading, Inc. and Andre Bernard was not available to discuss the case schedule on September 22. Accordingly, Randcare, Inc., Rand International Trading, Inc. and Andre Bernard are filing this supplement to the joint statement:

      C.      <u>Proposed Discovery Plan and Schedule for Motions of Defendants Randcore, Inc., Rand International Trading, Inc. and Andre Bernard</u>

      1.      The defendants Randcore, Inc., Rand International Trading, Inc. and Andre Bernard shall serve upon each other party not later than October 21, 2005, their Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1) and shall produce to each other party copies of all documents required to be identified or produced by Federal Rules of Civil Procedure 26(a)(1)(B) and all of the documents requested in First Request of the Plaintiffs Crown Clothing Corporation for

Production of Documents by Each Defendant dated December 7, 2004 and served on each defendant with the Summons and Complaint in this action.

2. Each of the events set forth in paragraphs A3 through 8 in the Joint Statement shall occur one month later than the dates proposed by the plaintiff Crown Clothing Corporation.

>Defendants Randcore, Inc., Rand International Trading, Inc. and Andre Bernard,
>
>By their attorneys,
>
>_/s/ Jeffrey S. Stern_____
>Jeffrey S. Stern, (BBO No. 479460)
>Sugarman, Rogers, Barshak & Cohen, P.C.
>101 Merrimac Street, 9th Floor
>Boston, MA 02114
>(617) 227-3030

DATED: September 23, 2005

CERTIFICATE OF SERVICE

I, Jeffrey S. Stern, hereby certify that on the above date I served the within document by emailing a copy of same to the following counsel of record:

| | |
|---|---|
| John C. Wyman, Esquire | Gary R. Greenberg, Esquire |
| Murtha Cullina LLP | Greenberg Traurig |
| 99 High Street | One International Place |
| Boston, MA 02110 | Boston, MA 02110 |
| jcwyman@murthlaw.com | greenbergg@gtlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |
| Crown Clothing Corporation | Ronald Bernard |

>/s/ Jeffrey S. Stern_____
>Jeffrey S. Stern

367896

Case 1:05-cv-10049-NG    Document 18    Filed 09/23/2005    Page 3 of 3