UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CROWN CLOTHING CORPORATION, )
         Plaintiff )
)
v. ) CIVIL ACTION NO. 05-10049(NG)
)
RANDCORE, INC., )
RAND INTERNATIONAL TRADING, )
INC., ANDRE BERNARD, AND )
RONALD BERNARD, )
         Defendants )

We hereby certify that the undersigned counsel and authorized representative of the plaintiff Crown Clothing Corporation, have conferred concerning budgets for the costs of conducting the full course and various alternative courses of this litigation and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

_____
John C. Wyman (BBO #535620)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
jcwyman@murthalaw.com
Attorney for Plaintiff

_____
Robert R. Graci
Vice President
Crown Clothing Corporation
340 Vanderbilt Avenue
Norwood, MA 02062
(781) 769-0001

Dated: September 23, 2005

314354

CERTIFICATE OF SERVICE

      I, John C. Wyman, hereby certify under the pains and penalties of perjury that on September 26, 2005 I served a copy of the within ***Plaintiff's Rule 16.1 (D)(3) Certification*** electronically to Jeffrey S. Stern, Esq. and by first class mail, postage prepaid to:

      Gary R. Greenberg, Esq.
      Annapoorni R. Sankaran, Esq.
      Greenberg Traurig
      One International Place
      Boston, MA 02110

                                      /s/ John C. Wyman
                                      John C. Wyman