UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN CLOTHING CORPORATION,<br>Plaintiff,<br><br>v.<br><br>RANDCORE, INC., RAND INTERNATIONAL TRADING, INC., ANDRE BERNARD, and RONALD BERNARD,<br>Defendants. | CIVIL ACTION NO. 05-10049(NG) |

## CERTIFICATION

We, the undersigned, Gary R. Greenberg, counsel for defendant Ronald Bernard ("Bernard") and Bernard hereby affirm that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs as those outlined in LR 16.4.

_____              _____
Gary R. Greenberg, BBO# 209420            Ronald Bernard
Greenberg Traurig LLP
One International Place, 20th Floor
Boston, MA 02110

### CERTIFICATE OF SERVICE

I, Annapoorni R. Sankaran, hereby certify that on September __, S005, I served a copy of the foregoing by first class mail, postage prepaid upon:

John C. Wyman, Esq.                       Jeffrey S. Stern, Esq.
Ryan M. MacDonald, Esq.                   Sugarman, Rogers, Barshak & Cohen, P.C.
Murtha Cullina LLP                        101 Merrimac Street
99 High Street, 20th Floor                Boston, MA 02114
Boston, MA 02110

_____
Annapoorni R. Sankaran