JEFFREY S. STERN
stern@srbc.com

January 6, 2006

Mr. Mark Duffy
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA  02110

      Re:    *Crown Clothing Corporation v. Randcore, Inc. et al.*
              Civil Action No.:  05-10049 (NG)

Dear Mr. Duffy:

      Confirming our phone conversation, I have been able to work out satisfactory language with plaintiff's counsel, so that we will be filing an agreement for judgment as against the two corporations, which I represent, as well as Andre Bernard.  As part of that arrangement, Attorney Wyman has withdrawn his opposition to my motion to withdraw, and counsel for Ronald Bernard has not filed any opposition to that motion, so that it should be in order for allowance, at the same time that the agreement for judgment is filed, which should be very early next week.  Please call if you have any questions.  Thank you for your continuing cooperation.

                        Very truly yours,

                        /s/ Jeffrey S. Stern

                        Jeffrey S. Stern

JSS/rml

372104