UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN CLOTHING CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>RANDCORE, INC., RAND INTERNATIONAL TRADING, INC., ANDRE BERNARD, AND RONALD BERNARD,<br>    Defendants. | CIVIL ACTION NO. 05-10049 (NG) |

**MOTION OF THE PLAINTIFF CROWN CLOTHING CORPORATION
FOR THE ENTRY OF AN ORDER REGARDING DISCOVERY AND
FOR  SEPARATE AND FINAL JUDGMENT**

The plaintiff Crown Clothing Corporation ("Crown Clothing") moves that this Court enter the Order and the Separate and Final Judgment as agreed to by the plaintiff Crown Clothing and the defendants Andre Bernard, Randcore, Inc. ("Randcore") and Rand International Trading, Inc. ("Rand") (collectively the "Defendants") in the Agreement for Separate And Final Judgment filed herewith.  In support if this motion Crown Clothing states the following:

1.    The Defendants have agreed to the entry of the Order and the Separate And Final Judgment as recited in the Agreement for Separate And Final Judgment filed herewith (the "Agreement").

2.    The defendant Ronald Bernard has not assented to the entry of the Order and the Separate And Final Judgment against the Defendants as set forth in the Agreement notwithstanding communications between Gary R. Greenberg, counsel for Ronald Bernard, and counsel for Crown Clothing and the Defendants requesting the same.  Because Ronald

324119-1

Bernard has not assented to the entry of the Order and the Separate And Final Judgment Crown Clothing had to file this motion.

WHEREFORE, Crown Clothing Corporation requests that this court enter the Order and the Separate and Final Judgment as agreed to by the plaintiff Crown Clothing Corporation and the Defendants Andre Bernard, Randcore, Inc. and Rand International Trading, Inc. in the Agreement for Separate And Final Judgment filed herewith.

    Respectfully submitted,

    **CROWN CLOTHING CORPORATION**
    By its attorneys,

    / s / John C. Wyman
    John C. Wyman (BBO #535620)
    jcwyman@murthalaw.com
    Ryan MacDonald (BBO #654688)
    rmacdonald@murthalaw.com
    Murtha Cullina LLP
    99 High Street, 20th Floor
    Boston, MA 02110-2320
Dated: January 31, 2006    (617) 457-4000

324119-1