UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN CLOTHING CORPORATION,<br>            Plaintiff,<br><br>v.<br><br>RANDCORE, INC., RAND INTERNATIONAL TRADING, INC., ANDRE BERNARD, AND RONALD BERNARD,<br>            Defendants. | CIVIL ACTION NO. 05-10049 (NG) |

### CERTIFICATE OF SERVICE

I, John C. Wyman, hereby certify that on the 31st day of January, 2006, I served a copy of the within *Motion of the Plaintiff Crown Clothing Corporation For the Entry of An Order Regarding Discovery and For Separate And Final Judgment Notice of Nonevidentiary Hearing* and *Agreement For Separate And Final Judgment* electronically to all counsel of record

                                                            /s/ John C. Wyman
                                                            John C. Wyman

324160-1