UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN CLOTHING CORPORATION,<br>Plaintiff,<br><br>v.<br><br>RANDCORE, INC., RAND INTERNATIONAL TRADING, INC., ANDRE BERNARD, AND RONALD BERNARD,<br>Defendants. | CIVIL ACTION NO. 05-10049 (NG) |

### SEPARATE AND FINAL JUDGMENT

Pursuant to the Agreement for Separate And Final Judgment between the plaintiff Crown Clothing Corporation ("Crown Clothing") and the defendants Andre Bernard, Randcore, Inc. ("Randcore") and Rand International Trading, Inc. ("Rand") filed herewith and the parties agreeing that a Separate and Final Judgment in this action should be entered as set forth herein,

IT IS ORDERED AND ADJUDGED,

1. That the plaintiff Crown Clothing, recover from the Defendants Andre Bernard, Randcore and Rand the sum of ONE MILLION ONE HUNDRED SIXTY THREE THOUSAND SEVENTY-FOUR DOLLARS AND SIXTY-TWO CENTS, plus interest in the amount of SEVEN HUNDRED THOUSAND FIVE HUNDRED SIXTY DOLLARS AND SIX CENTS.

2. That Randcore's Counterclaim against Crown Clothing is dismissed with prejudice, and with all rights to appeal waived.

319427-4

3.  There being no just reason for delay in entering judgment in favor of Crown Clothing against the Defendants Andre Bernard, Randcore and Rand on Crown Clothing's Complaint and Randcore's Counterclaims, final judgment on those claims in favor of Crown Clothing shall be entered pursuant to Rule 54(b).

Dated at Boston, in the District of Massachusetts, this 31st day of March, 2006 - 2006.

_____
Hon. Nancy Gertner
United States District Court

319427-4