UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                     :

CROWN CLOTHING CORPORATION,   :   Civil Action No. 05-10049 (NG)
        Plaintiff                    :

        v.                             :

RANDCORE, INC.,                          :
RAND INTERNATIONAL TRADING,     :
INC., ANDRE BERNARD, AND         :
RONALD BERNARD,                    :
        Defendants               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

      Now comes the undersigned and hereby withdraws his appearance for Andre Bernard, Randcore, Inc. and Rand International Trading, Inc., following the entry of separate and final judgment against those defendants.

                                            Respectfully submitted,

                                            /s/ Jeffrey S. Stern_____
                                            Jeffrey S. Stern, (BBO No. 479460)
                                            Sugarman, Rogers, Barshak & Cohen, P.C.
                                            101 Merrimac Street, 9th Floor
                                            Boston, MA 02114
                                            (617) 227-3030

DATED: April 4, 2006

2

## CERTIFICATE OF SERVICE

     I, Jeffrey S. Stern, hereby certify that on the above date I served the within document by faxing and mailing a copy of same, postage prepaid, to the following counsel of record:

| | |
|---|---|
| Ryan MacDonald, Esquire | Annapoorni R. Sankaran, Esquire |
| Murtha Cullina LLP | Greenberg Traurig |
| 99 High Street | One International Place |
| Boston, MA 02110 | Boston, MA 02110 |

                       /s/ Jeffrey S. Stern_____
                       Jeffrey S. Stern

375815