UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------X
CROWN CLOTHING CORPORATION,     :
                                :   Civil Action No. 05-10049 (NG)
           Plaintiff            :
                                :
      v.                        :
                                :
RANDCORE, INC.,                 :
RAND INTERNATIONAL TRADING,     :
INC., ANDRE BERNARD, AND        :
RONALD BERNARD,                 :
                                :
           Defendants           :
-------------------------------X
```

FILED
CLERKS OFFICE
2006 MAR 27 P 1:50
U.S. DISTRICT COURT
DISTRICT OF MASS

### CONSENT OF THE DEFENDANTS ANDRE BERNARD, RANDCORE, INC. AND RAND INTERNATIONAL TRADING, INC. TO THE ENTRY OF AN ORDER FOR SEPARATE AND FINAL JUDGMENT

Now come the defendants Andre Bernard, Randcore, Inc. and Rand International Trading, Inc. and state as follows:

1.  The undersigned, Andre Bernard, individually and on behalf of the corporate defendants Randcore, Inc. and Rand International Trading, Inc., on whose behalf he is duly authorized to act, hereby consents to the entry of an order for separate and final judgment in the above matter. The same defendants have previously assented to the entry of judgment, and Andre Bernard individually has submitted to a two-day deposition in New York with regard to efforts by the plaintiff to enforce the judgment. These defendants wish to have the order for separate and final judgment entered, so that the litigation against them in Massachusetts can be terminated, and they can avoid incurring any additional legal fees and expenses in Massachusetts.

_____
Andre Bernard

STATE OF NEW YORK

_____, ss:                                                          __3-21__, 2006

On this __21__ day of March, 2006 before me, the undersigned notary public, personally appeared Andre Bernard who proved to me through satisfactory evidence of identification, which was _____, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

KENNETH A. KANFER
Notary Public, State of New York
No. 4947649
Qualified in New York County
Commission Expires February 27, 03-06-07

Notary Public

My Commission Expires: 03-06-07