UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN CLOTHING CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDCORE, INC., ) <br> RAND INTERNATIONAL TRADING, ) <br> INC., ANDRE BERNARD, AND ) <br> RONALD BERNARD, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 05-10049 (NG) |

**STIPULATION AND JOINT MOTION TO AMEND
REVISED JOINT STATEMENT AND PRETRIAL SCHEDULE**

The plaintiff Crown Clothing Corporation and remaining defendant Ronald Bernard, constituting all of the remaining parties to this action, hereby stipulate and jointly move for *entry*, pursuant to FED. R. CIV. P. 26(f) and Local Rules 16.1(d) and (g), of the parties' Stipulation and Revised Joint Statement and Pretrial Schedule, annexed hereto as "Exhibit A."

In support of this motion, the parties state that they have engaged in written discovery and document production, which has entailed the production of voluminous documents. The parties have also completed three (3) depositions and intend to take at least (2) more by the end of November. Additional document discovery and depositions may also be necessary as a result. The parties recognize, however, that completion of the fact discovery that remains requires an extension of the current deadlines in this matter. The time intervals provided in Exhibit A for all pretrial events following the conclusion of fact discovery are substantially the same, with due allowance for holidays, as the time intervals provided in the parties' Revised Joint Statement and Pretrial Schedule filed on May 24, 2005 in this matter.

Thus, the parties mutually recognize that additional time will be necessary for them to complete fact discovery in this matter. Accordingly, the parties have stipulated, and respectfully jointly move, that this Court enter the Stipulation and Revised Joint Statement and Pretrial Schedule annexed hereto as "Exhibit A."

Respectfully submitted,

/s/ John C. Wyman
John C. Wyman (BBO#535620)
Ryan M. MacDonald (BBO#654688)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110
(617) 457-4000
jcwyman@murthalaw.com
rmacdonald@murthalaw.com

*Attorneys for Plaintiff Crown Clothing Corporation*

Dated: October 24, 2006

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO#209420)
Annapoorni R. Sankaran (BBO#631065)
James M. Vant (BBO#653616)
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
(617) 310-6000
greenbergg@gtlaw.com
sankarana@gtlaw.com
vantj@gtlaw.com

*Attorneys for Defendant Ronald Bernard*

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN CLOTHING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RANDCORE, INC.,<br>RAND INTERNATIONAL TRADING,<br>INC., ANDRE BERNARD, AND<br>RONALD BERNARD,<br><br>Defendants. | CIVIL ACTION NO. 05-10049 (NG) |

**STIPULATION AND REVISED JOINT STATEMENT AND PRETRIAL SCHEDULE**

Pursuant to FED. R. CIV. P. 26(f) and Local Rules 16.1(d) and (g), counsel for plaintiff Crown Clothing Corporation ("Crown Clothing") and defendant Ronald Bernard, having conferred in good faith concerning the need for an amended schedule for discovery and other pretrial matters in this action, and having reached agreement and so stipulated and jointly moved, respectfully submit this Stipulation and Revised Joint Statement and Pretrial Schedule for approval and entry by the Court.

A.   Proposed Discovery Plan, Schedule for Dispositive Motions, and Trial

   1.   Close of Fact Discovery. All fact discovery shall be completed by December 29, 2006.

   2.   Experts.

      a.   Crown Clothing shall serve the reports of its expert witnesses on or before January 26, 2007;

      b.   Ronald Bernard shall serve the reports of his expert witnesses on or before February 26, 2007.

  c. All expert discovery shall be completed by March 26, 2007.

3. <u>Dispositive Motions.</u>

  a. All motions pursuant to Federal Rule of Civil Procedure 56 shall be served and filed on or before April 27, 2007.

  b. All oppositions to motions pursuant to Federal Rule of Civil Procedure 56 shall be served and filed on or before May 25, 2007.

  c. All replies in support of motions pursuant to Federal Rule of Civil Procedure 56 shall be served and filed on or before June 22, 2007.

  d. Hearing on motions pursuant to Federal Rule of Civil Procedure 56 shall be scheduled for July 2007, or at the discretion of the Court.

4. <u>Trial.</u> Trial of this matter shall be scheduled for September 2007, or at the discretion of the Court.

/s/ John C. Wyman
John C. Wyman (BBO#535620)
Ryan M. MacDonald (BBO#654688)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110
(617) 457-4000
jcwyman@murthalaw.com
rmacdonald@murthalaw.com

*Attorneys for Plaintiff Crown Clothing Corporation*

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO#209420)
Annapoorni R. Sankaran (BBO#631065)
James M. Vant (BBO#653616)
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
(617) 310-6000
greenbergg@gtlaw.com
sankarana@gtlaw.com
vantj@gtlaw.com

*Attorneys for Defendant Ronald Bernard*

SO ORDERED:

_____
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

I, James M. Vant, hereby certify that on October 24, 2006, I served a copy of the Stipulation and Joint Motion to Amend Revised Joint Statement and Pretrial Schedule upon the following counsel via First Class U.S. Mail, or as otherwise indicated.

John C. Wyman, Esq.
Ryan M. MacDonald, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110

*Via Hand-Delivery*

                                          James M. Vant
                                          James M. Vant