UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CROWN CLOTHING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-10049 (NG) |
| | ) | |
| RANDCORE, INC., RAND INTERNATIONAL TRADING, INC., ANDRE BERNARD, AND RONALD BERNARD, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action be dismissed with prejudice as against all parties, without costs and attorneys' fees, and with all rights to appeal waived.

/s/ John C. Wyman\
John C. Wyman (BBO #535620)\
Ryan M. MacDonald (BBO #654688)\
Murtha Cullina LLP\
99 High Street, 20th Floor\
Boston, Massachusetts  02110\
(617) 457-4000\
jcwyman@murthalaw.com\
rmacdonald@murthalaw.com

*Attorneys for Plaintiff*\
*Crown Clothing Corporation*

Dated:  March 1, 2007

/s/ Gary R. Greenberg\
Gary R. Greenberg (BBO #209420)\
Annapoorni R. Sankaran (BBO #631065)\
James M. Vant (BBO #653616)\
Greenberg Traurig, LLP\
One International Place, 20th Floor\
Boston, Massachusetts  02110\
(617) 310-6000\
greenbergg@gtlaw.com\
sankarana@gtlaw.com\
vantj@gtlaw.com

*Attorneys for Defendant Ronald Bernard*